IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07CR3015 |
| Plaintiff, | )<br>)<br>) | **ORDER** |
| v. | ) | |
| MARIA TIGUILA-HERNANDEZ, | )<br>)<br>) | |
| Defendant. | ) | |

There being no objection by the plaintiff,

IT IS ORDERED that:

(1) Maria Tiguila-Hernandez's oral motion, to release the appearance and compliance bond, is granted.

(2) The Clerk of the District Court shall refund the $1,000 cash bond and send the same to Elaine Rivera, as she is the person who posted the bond, shown at Receipt #4-1107.

(3) The Clerk of the District Court shall mail a copy of this order to Maria Tiguila-Hernandez, #21118-047, at CCA Leavenworth, KS.

DATED this 17th day of July, 2007.

BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge